ter of the petition of the Brooklyn Union Elevated Railroad Company relative to acquiring title to real estate, etc., on Crescent street, etc.; parcel 65; premises, 156 Myrtle avenue. Appeal of Louis Levine.

PER CURIAM. Final order of confirmation reversed, and a new appraisal directed before commissioners to be appointed at Special Term, on the authority of Matter of Brooklyn Union Elevated R. R. Co. (Stein Case) 95 App. Div. 108, 88 N. Y. Supp. 426.